Exhibit 1 to Fingerhut Declaration

14.8 ⁎

## AFFIDAVIT OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Index/Case #:  1:23-CV-01631-LDH-JRC<br>Court Date:<br>Filing Date:  June 8, 2023<br>Client: PHILLIPS & ASSOCIATES<br>Attorney: |

*Plaintiff*

CYNTHIA MOON

*Defendant*

VS

ARCHWAY LOGISTICS LLC AND JOSHUA OLATUNDE, INDIVIDUALLY

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

_____Mohammed N Al-Atrash_____, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of  New York ; deponent attempted to serve the within Summons in a Civil Action and Complaint

Upon _____ JOSHUA OLATUNDE _____
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 06/24/2023 08:53:00 Attempt at: 990 ATLANTIC AVENUE, FLOOR 2, CROWN HEIGHTS, NY 11238 Results: NO ANSWER
Date/Time: 06/29/2023 12:39:00 Attempt at: 990 ATLANTIC AVENUE, FLOOR 2, CROWN HEIGHTS, NY 11238 Results: NOT KNOWN F BL BL 45 5'5 150
Date/Time: 07/18/2023 09:33:00 Attempt at: 990 ATLANTIC AVENUE, FLOOR 2, CROWN HEIGHTS, NY 11238 Results: HE DOESN&amp;#x2019;T WORK THERE NOT KNOWN PLEASE STOP COMING BACK F BL BL 45 5&amp;#x2019;5 150

Sworn to before me on       August 2, 2023

Samuel Mlotok
Notary Public - State of New York
No. 01ML6317724
Qualified in Nassau County
My Commission Expires April 14, 2027

Mohammed N  Al-Atrash

Lic# 2094622
JobID  2334136
Client ID

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*
UNITED PROCESS SERVICE

## AFFIDAVIT OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index/Case #:   1:23-CV-01631-LDH-JRC

Court Date:

Filing Date:   June 8, 2023

Client: PHILLIPS & ASSOCIATES

Attorney:

*Plaintiff*

CYNTHIA MOON

*Defendant*

VS

ARCHWAY LOGISTICS LLC AND JOSHUA OLATUNDE, INDIVIDUALLY

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

__Yoler Jean-Baptiste__, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within Summons in a Civil Action and Complaint

Upon __JOSHUA OLATUNDE__

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 08/14/2023 16:22:00 Attempt at: 220 EAST 116TH STREET #4, NEW YORK, NY 10029-1401 Results: DEFENDANT IS UNKNOWN PER OWNER OF BUILDING

Sworn to before me on    September 5, 2023

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/23

Yoler Jean-Baptiste

Lic# 1139306
JobID   2344408
Client ID

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*
UNITED PROCESS SERVICE

14.8 *

## AFFIDAVIT OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index/Case #: 1:23-CV-01631-LDH-JRC

Court Date:

Filing Date: June 8, 2023

Client: PHILLIPS & ASSOCIATES

Attorney:

**Plaintiff**

CYNTHIA MOON

**Defendant** VS

ARCHWAY LOGISTICS LLC AND JOSHUA OLATUNDE, INDIVIDUALLY

STATE OF NEW YORK, COUNTY OF ONONDAGA, SS.:

___TROY PRATER___, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within Summons in a Civil Action and Complaint

Upon ___JOSHUA OLATUNDE C/O KOOL KIDZ DAYCARE CENTER___ the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 07/31/2023 03:43 PM Attempt at: 239 W FAYETTE STREET STE 208, SYRACUSE, NY 13202 Results: NO ACCESS INTO THE BUILDING. THE DOOR DOES NOT HAVE A BUZZER OR DOORBELL. YOU CAN ONLY GAIN ACCESS WITH A KEY FOB.
Date/Time: 08/01/2023 08:06 AM Attempt at: 239 W FAYETTE STREET STE 208, SYRACUSE, NY 13202 Results: NO ACCESS INTO THE BUILDING. THE DOOR DOES NOT HAVE A BUZZER OR DOORBELL. YOU CAN ONLY GAIN ACCESS WITH A KEY FOB.
Date/Time: 08/03/2023 06:26 PM Attempt at: 239 W FAYETTE STREET STE 208, SYRACUSE, NY 13202 Results: NO ACCESS INTO THE BUILDING. THE DOOR DOES NOT HAVE A BUZZER OR DOORBELL. YOU CAN ONLY GAIN ACCESS WITH A KEY FOB.

Sworn to before me on   8/9/23

KATELYN M. BOYER
Notary Public - State of New York
No. 01BO6441290
Qualified in Onondaga County
My Comm. Expires Sep. 26, 2026

TROY PRATER

Lic#
JobID  2342599
Client ID

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Cynthia Moon
Plaintiff(s),

vs.

Archway Logistics LLC and Joshua Olatunde, Individually
Defendant(s).

ATTORNEY: PHILLIPS & ASSOCIATES, ATTORNEYS AT LAW, PLLC

CIVIL ACTION NO.: 1:23-CV-01631 LDH-JRC

DATE OF FILING: 06/08/2023

## AFFIDAVIT OF SERVICE

STATE OF Nevada: COUNTY OF CLARK    ss:

I, Sabrina Rose, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Nevada.

That on **10/23/2023** at **4:26 PM** at **510 Crimson View Pl, Las Vegas, NV 89144**,
Deponent served the **Summons in a Civil Action, Amended Complaint** upon **Joshua Olatunde,** defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Joshua Olatunde**, personally; deponent knew said person so served to be the person mentioned and described as said defendant/respondent/recipient therein.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **Black**  Hair: **Bald**  Age (Approx): **40** Height(Approx): **5'10"**  Weight(Approx): **200-225 lbs**  Glasses:  Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Clark County, Nevada
Sworn to before me this

November __2nd__ 2023

_Mary Kielty_

_Sabrina Rose_ No. R-2020-00191

MARY KIELTY
Notary Public, State of Nevada
No. 07-3661-1
My Appt. Exp. July 19, 2025

Ultimate Process & Attorney Services, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042
Case No: 1689327