Exhibit 3 to Fingerhut Declaration

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CYNTHIA MOON,

Plaintiff,

vs.

ARCHWAY LOGISTICS LLC, ET AL.

Defendants.

Case Number: 1:23-CV-01631-LDH-JRC

### AFFIDAVIT OF SABRINA ROSE

STATE OF NEVADA   )
                  ) ss.
COUNTY OF CLARK   )

Sabrina Rose, first being duly sworn, deposes and says:

1. I am licensed to serve civil process in the state of Nevada under license number 389, is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceeding in which this affidavit is made.

2. On October 26, 2023, I received an Amended Summons in a Civil Action and Amended Complaint to serve upon the Defendant, Joshua Olatunde, individually, at 510 Crimson View Pl., Las Vegas, NV 89144.

3. On October 12, 2023, at 6:31 p.m., I attempted service at the address and received no answer. There was no noise, the blinds were all closed, and it was dark within.

4. On October 13, 2023, at 5:29 p.m., I attempted service at the address and received no answer. There was no change to the property. I left a Legal Wings contact sheet.

5. On October 14, 2023, at 8:29 a.m., I was not able to gain access into the gated community. I waited 8 minutes before leaving. That same day at 12:13 p.m., I received a text message from the Defendant from (646) 326-5394 requesting to speak to me regarding the contact sheet that was left at his address.

LEGAL WINGS, INC.
PROCESS LICENSE #389
LAS VEGAS, NV
(702)384-0305

-1-

6. The morning of October 15, 2023, I called the Defendant at (646) 326-5394 and we coordinated to meet that afternoon. At around 11 a.m. I texted the Defendant asking if we could meet sooner since I was near his address, and the Defendant agreed to it. At 11:18 a.m., I personally served the documents to the Defendant at his address. On October 16, 2023, I realized that because the documents were filed out of New York, process service is not allowed on Sunday.

7. On October 17, 2023, I contacted the Defendant via text informing him that service was invalid because it was served on Sunday. The Defendant and I texted back and forth over the next week and finally agreed to meet for service on October 23, 2023, around 4:15 p.m. to 4:30 p.m. (See Exhibit A for text messages between the Defendant and I)

8. On October 23, 2023, at 4:26 p.m., I personally served the Defendant at 510 Crimson Valley Pl., Las Vegas, NV 89144.

9. I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Further your affiant saith naught.

Sabrina Rose
Registered Work Card R-2020-00191
Legal Wings, Inc.
1118 Fremont St.
Las Vegas, NV 89101
(702) 384-0015
PILB #389

Subscribed and Sworn to Before Me
this 9th day of November 2023.

Notary Public in and for Said
County and State



MARY KIELTY
Notary Public, State of Nevada
No. 07-3661-1
My Appt. Exp. July 19, 2025



# EXHIBIT A