To: The Honorable Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RECEIVED IN PRO SE OFFICE
NOV 20 2023

From: Joshua Olatunde
Defendant Pro Se
510 Crimson View Place
Las Vegas, NV 89144

Date: Monday, November 20, 2023

RE: Status Report in Moon v. Archway Logistics, LLC et al., Case No. 1:23-cv-01631 LDH-JRC

Your Honor:

This status report provides an update on the pending Motion to Dismiss and Motion for Summary Judgment filed by Joshua Olatunde, representing himself and Defendant Archway Logistics, LLC Pro Se in this matter.

On October 15, 2023, Defendant Olatunde filed a Motion to Dismiss asserting lack of personal jurisdiction due to improper service of the summons and complaint on a Sunday instead of a weekday as required under New York law.

Defendant Olatunde also filed for Summary Judgment, arguing Plaintiff Cynthia Moon failed to state an actionable claim, provided no evidence supporting her allegations, and did not file a timely police report regarding the alleged sexual harassment as required by New York Criminal Procedure Law § 140.10. Defendant Olatunde denies all claims against him.

Defendant therefore respectfully requests the Court dismiss all claims against Defendants with prejudice at this time. Defendant also requests reimbursement of all legal fees and costs incurred in defending against Plaintiff's meritless lawsuit.

I welcome any questions the Court may have regarding this matter.

Respectfully submitted,

Joshua Olatunde, Defendant Pro Se

Photo Document Mailer
9 3/4" x 12 1/4"

ReadyPost

From:
Donald Laland
Defendant Pro Se
5116 Camino Vista Verde
Las Vegas, NV 89144

TO:
United States District Court
Eastern District of New York
ATTN: The Honorable Judge James R. Cho
225 Cadman Plaza East
Brooklyn, NY 11201



9589 0710 5270 1515 6883 91

CERTIFIED MAIL

Retail

U.S. POSTAGE PAID
FCM LG ENV
LAS VEGAS, NV 89134
NOV 21, 2023
$6.18
R2304W121354-03
11201
RDC 99