To: The Honorable Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

From: Joshua Olatunde
Defendant Pro Se
510 Crimson View Place
Las Vegas, NV 89144

Date: Tuesday, December 5, 2023

RE: Counsel Update in Moon v. Archway Logistics, LLC et al., Case No. 1:23-cv-01631 LDH-JRC

Your Honor:

This letter provides an update on efforts to seek counsel as advised on November 30, 2023, in the matter of <u>Moon v. Archway Logistics, LLC.</u> I, Joshua Olatunde would like to Withdraw all Motions as Defendant Pro Se. I am currently seeking counsel to represent this business matter with the New York State Bar Association.

In the matter of <u>Moon v. Archway Logistics, LLC. and Joshua Olatunde, individually</u>, I request to retain defense of myself Pro Se, and that prior Motions to Dismiss with prejudice be considered.

Thank you for your time and attention. I welcome any questions the Court may have regarding these matters.

Respectfully submitted,

*/Joshua Olatunde, Defendant Pro Se*

FROM:

ARCHURY LOGISTICS, LLC — c/o
JOSHUA OLATUNDE
510 CRIMSON VIEW PLACE
LAS VEGAS, NV 89144

TO:

THE HONORABLE JUDGE JAMES R. CHO
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

9589 0710 5270 1284 3692 79

RDC 99



Retail

11201

$6.18

U.S. POSTAGE PAID
FCM LG ENV
SYRACUSE, NY 13201
DEC 05, 2023

R2305K135717-29