# Evan Miles Goldberg PLLC
Attorney & Counselor at Law

400 East 57th Street, Suite 4M | New York, NY 10022 | P: (212) 888-6497 | F: (646) 751-7938 | egoldberg@emglawfirm.com

---

January 16, 2024

**VIA ECF**
The Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

        **RE:**    *Cynthia Moon v. Archway Logistics LLC et al.*
                **Case No. 1:23-cv-01631-LDH-JRC**

Dear Magistrate Judge Cho:

     My office was recently retained to represent defendants Archway Logistics LLC and Joshua Olatunde, individually, in the above-referenced matter. The within requests follow the Courts prior decision to hold the corporate defendant's time to retain counsel and respond to the Complaint in abeyance until January 23, 2024 (*see* Docket No. 29).

     Pursuant to Rule C of Your Honor's Individual Rules, we respectfully request (1) an extension of time for the defendants to respond to the Complaint from January 23, 2024 up to and including February 7, 2024; (2) to reschedule the case conference from January 23, 2024, at 11 am to February 7, 2024, at 11 am, subject to the Court's calendar availability; and (3) that the Court withdraw without prejudice each of defendants' prior motions to dismiss and for summary judgment, as referenced in Docket Nos. 19, 26, 27, 29, and 31. Defendants make these requests because counsel requires additional time to review the allegations in the Complaint, speak with witnesses, review relevant documents, and prepare an appropriate response to the Complaint.

     Plaintiff's counsel Mr. Steven Fingerhut consents to the within requests. We thank the Court for its consideration.

                                                            Respectfully submitted,

                                                            */s/ Evan M. Goldberg*

                                                            Evan M. Goldberg

cc: All Counsel of Record (via ECF)